UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MAURICIA WALKER,

                      Plaintiff,

   -against-

TOWN OF COLONIE INVESTIGATOR
JAMES J. GERACE SR., TOWN OF COLONIE
POLICE OFFICER BRANDON MUELLER,
TOWN OF COLONIE POLICE OFFICER
CHRISTOPHER VAN ALYSTYNE,
TOWN OF COLONIE POLICE OFFICER
MATTHEW OVERROCKER and TOWN OF
COLONIE POLICE OFFICER ED CRONIN,
in their individual capacities,

                      Defendants.
-----------------------------------------------------------X

STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)

Civil Action No. 1:21-CV-01010 FJS/CFH

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against the defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: February 15, 2023

**E. STEWART JONES HACKER MURPHY, LLP**

By: _____
James C. Knox, Esq.
*Attorneys for Plaintiff*
28 Second Street
Troy, New York 12180
Telephone: (518) 274-5820

Dated: February 16, 2023

**COOPER ERVING & SAVAGE, LLP**

By: _____
Carolyn George, Esq.
*Attorneys for Defendants*
39 North Pearl Street
Albany, New York 12207
Telephone: (518) 449-3900

Date: February 23, 2023     IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge